UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                      CRIMINAL ACTION

VERSUS                                                NO. 14-30

THOMAS LEE EUGENE                                   SECTION "R"

## ORDER AND REASONS

Before the Court is defendant Thomas Lee Eugene's motion to clarify his sentence.[1] In the motion, defendant refers to a three-year federal prison sentence.[2] Defendant has no such sentence. On January 6, 2016, this Court sentenced defendant to 160 months for bank robbery, to run concurrently to the sentence imposed by the First Circuit Court in Pensacola, Florida under docket number 0901237.[3] Once defendant has served his state sentence, he will be transferred to federal custody to serve the remainder of his federal sentence.[4] When he is released from federal prison, defendant will serve three years of supervised release as required by the Court's judgment.[5]

---

[1]  R. Doc. 55.
[2]  *Id.* at 1.
[3]  R. Doc. 54 at 1-2.
[4]  *See* R. Doc. 58 at 2.
[5]  R. Doc. 54 at 3.

Defendant's original judgment remains in effect, and there is no need to clarify his sentence. Accordingly, defendant's motion is DENIED.

New Orleans, Louisiana, this __2nd__ day of May, 2019.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE